T. Scott Belden, SBN 184387
*scott@bbr.law*
Daniel N. Raytis, SBN 218374
*dan@bbr.law*
BELDEN BLAINE RAYTIS, LLP
5016 California Avenue, Suite 3
Bakersfield, California 93309
Telephone: (661) 864-7827
Facsimile: (661) 878-9797

Attorneys for Plaintiff
GEO GUIDANCE DRILLING SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEO GUIDANCE DRILLING SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RENAISSANCE RESOURCES, LLC, a Wyoming limited liability company,<br><br>Defendant. | Case No. 1:20-CV-0465 AWI JLT<br><br>**DECLARATION OF DAN N. RAYTIS IN SUPPORT OF PLAINTIFF GEO GUIDANCE DRILLING SERVICES, INC.'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION** |

I, DANIEL N. RAYTIS, declare as follows:

1.     I am an attorney at law duly licensed to practice before the United States District Court, Eastern District of California.

2.     I am a partner of the law firm Belden Blaine Raytis, LLP, counsel in this matter for Plaintiff GEO GUIDANCE DRILLING SERVICES, INC ("Plaintiff").

3.     I have personal knowledge of the facts stated herein, and if called upon to testify, could and would testify thereto.  Nothing in this declaration is intended to waive the attorney-client privilege maintained by and between my client and me.

4.     I submit this declaration in compliance with 28 U.S.C. § 1746.

DECLARATION OF DAN N. RAYTIS IN SUPPORT OF PLAINTIFF GEO GUIDANCE DRILLING SERVICES, INC.'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION

5. Plaintiff is, an at all relevant times mentioned herein and at the time this action was filed was, a corporation duly incorporated under the laws of the State of California, with its principal place of business located at 200 Old Yard Drive, Bakersfield, California 93307.

6. At all times relevant hereto and at the time that this action was filed, Defendant RENAISSANCE RESOURCES, LLC ("Defendant" or "Renaissance") was, and continues to be, a limited liability company formed under the laws of the state of Wyoming with it principal place of business located at 3605 Purple Sage Road, Cheyenne, Wyoming 82001.

7. In order to determine the owners and members of Renaissance, as well as in preparation of Plaintiff's response to the Court's Order to Show Cause regarding subject matter jurisdiction based on complete diversity, I performed research and investigation with respect thereto, which included accessing Renaissance's webpage, social media page, and other materials on the Internet, as well as making inquiries of persons readily familiar with and having knowledge of Renaissance and its owners.

8. Pursuant to information and belief, and based thereon I declare, that at all times relevant hereto and at the time that this action was filed, Defendant was and continues to be owned and operated by two individuals, Jake Leming and Josh O'Leary.

9. Pursuant to information and belief, and based thereon I declare, that at all times relevant hereto and at the time that this action was filed, Jake Leming and Josh O'Leary were, and continue to be, the only two owners and members of Renaissance.

10. Pursuant to information and belief, and based thereon I declare, that at all times relevant hereto and at the time that this action was filed, Jake Leming was, and continues to be, a domiciled in the State of Wyoming and a citizen thereof for all intents and purposes of this litigation.

11. Pursuant to information and belief, and based thereon I declare, that at all times relevant hereto and at the time this action was filed, Josh O'Leary was, and continues to be, a citizen domiciled in the State of Nebraska and a citizen thereof for all intents and purposes of this litigation.

12. Based on the foregoing, Renaissance, as a limited liability company, is a citizen of both the State of Wyoming and the State of Nebraska.

DECLARATION OF DAN N. RAYTIS IN SUPPORT OF PLAINTIFF GEO GUIDANCE DRILLING SERVICES, INC.'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION

13.    Pursuant to information and belief, and based thereon I declare, that at all times relevant hereto and at the time this action was filed, Plaintiff and Defendant were, and continue to be, completely diverse from each other in satisfaction of invoking diversity subject matter jurisdiction under 28 U.S.C. § 1332.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: April 13, 2020 _____/s/ Daniel N. Raytis_____

Daniel N. Raytis

DECLARATION OF DAN N. RAYTIS IN SUPPORT OF PLAINTIFF GEO GUIDANCE DRILLING SERVICES, INC.'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION