# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEO GUIDANCE DRILLING SERVICES, INC.**, a California corporation,<br><br>Plaintiff<br><br>v.<br><br>**RENAISSANCE RESOURCES, LLC**, a Wyoming limited liability company,<br><br>Defendants | CASE NO. 1:20-CV-0465 AWI JLT<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

This is a business dispute between Plaintiff and Defendant. Plaintiff brings California state law causes of action. The Complaint alleges that this Court has diversity jurisdiction. On April 2, 2020, the Court issued an order to show cause why this case should not be dismissed for lack of subject matter jurisdiction. See Doc. No. 6. The Court explained that the Complaint alleged the Defendant's citizenship based on state of incorporation, even thought Defendant was an LLC whose citizenship is the same as its owners. See id. (citing 3123 SMB, LLC v. Horn, 880 F.3d 461, 465 (9th Cir. 2018); Johnson, 437 F.3d at 899 (9th Cir. 2006)).

On April 13, 2020, Plaintiff filed a response to the order show cause, as well as a First Amended Complaint ("FAC"). See Doc. Nos. 7, 10. In the response and the FAC, Plaintiff explains that Defendant appears to be wholly owned and operated by two people, one of whom is domiciled in Wyoming and the other in Nebraska. See id.

Because Plaintiff is a California corporation, Plaintiff's response indicates that there is complete diversity. The Court is satisfied with Plaintiff's response and that diversity jurisdiction has now been sufficiently invoked. Therefore, the Court will discharge the order to show cause.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that the April 2, 2020 order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated:   April 14, 2020

_____
SENIOR DISTRICT JUDGE