**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEO GUIDANCE DRILLING SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> RENAISSANCE RESOURCES, LLC, <br><br> Defendant. | Case No.: 1:20-cv-00465 AWI JLT <br><br> ORDER CONTINUING THE SCHEDULING CONFERENCE |

On March 31, 2020, the plaintiff initiated this action related to alleged business disputes with the defendant. (Doc. 1) The Court issued the summons on April 1, 2020 (Doc. 5) and its order setting the mandatory scheduling conference to occur on June 30, 2020 (Doc. 4). The order reads,

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint Failure to timely serve the summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.

Id. at 1. The plaintiff has not filed a proof of service of the summons and complaint and the defendant has not appeared in the action. Therefore, the Court **ORDERS**:

1. The scheduling conference is **CONTINUED** to **August 10, 2020** at 8:30 a.m.
2. Plaintiff SHALL file proof of service of this action no later than June 30, 2020.

1

**The plaintiff is advised that the failure to comply with the Court's orders will result in a recommendation that the matter be dismissed.**

IT IS SO ORDERED.

Dated:   **June 10, 2020**                              **/s/ Jennifer L. Thurston**
                                                                     UNITED STATES MAGISTRATE JUDGE