UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEO GUIDANCE DRILLING SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> RENAISSANCE RESOURCES, LLC, <br><br> Defendant. | **ORDER REASSIGNING THE ACTION** <br><br> Former Case No.: 1:20-cv-0465- AWI - JLT <br><br> **New Case No.: 1:20-cv-0465-JLT** |

All parties have indicated their consent to the jurisdiction of a United States Magistrate Judge for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1).  (Doc. 9 at 1; Doc. 18 at 1)

Accordingly, this Court **REASSIGNS** the action to United States Magistrate Judge Jennifer L. Thurston for all further proceedings.  All further papers filed in this action shall bear the new case number: **1:20-cv-0465-JLT**.

IT IS SO ORDERED.

Dated:   August 19, 2020                                    _____
                                                                                        SENIOR   DISTRICT   JUDGE

1