# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEO GUIDANCE DRILLING SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> RENAISSANCE RESOURCES, LLC, a <br><br> Defendant. | Case No. 1:20-CV-00465 JLT <br><br> **ORDER AFTER NOTICE OF SETTLEMENT** <br><br> **(Doc. 25)** |

The parties have filed a stipulation indicating that they have settled the matter except that they have not agreed on the damage amount. (Doc. 25 at 5) They seek a 90-day stay to allow them to either come to agreement on this term or to have the Court determine it. Id. at 6-7. Thus, the Court **ORDERS**:

1. **No later than July 23, 2021**, the parties **SHALL** file either a stipulation dismissing the action or a stipulation or a stipulation setting the matter for a prove-up hearing;

2. The parties may jointly request a settlement conference;

3. All dates, deadlines, hearings, conferences and motions are VACATED.

IT IS SO ORDERED.

Dated:   **April 20, 2021**              /s/ Jennifer L. Thurston
                                        CHIEF UNITED STATES MAGISTRATE JUDGE