Peter J. Burfening Jr. (State Bar No. 199190)
**WOOD, SMITH, HENNING & BERMAN LLP**
501 West Broadway, Suite 1200
San Diego, California 92101
Phone: 619-849-4900 ♦ Fax: 619-849-4950

Attorneys for Defendant, RENAISSANCE RESOURCES, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GEO GUIDANCE DRILLING SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RENAISSANCE RESOURCES, LLC, a Wyoming limited liability company,<br><br>Defendant. | Case No. 1:20-cv-0465-BAK (EPG)<br><br>**JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; ORDER**<br><br>(Doc. 48)<br><br>**SHEILA K. OBERTO**<br>**U.S. MAGISTRATE JUDGE**<br>Fresno, California |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

24809891.1:11721-0001

-1-

JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; ORDER

/ / /

/ / /

**COMES NOW** Plaintiff GEO GUIDANCE DRILLING SERVICES, INC., a California corporation ("Plaintiff"), and Defendant RENAISSANCE RESOURCES, LLC, a Wyoming limited liability company ("Defendant"), by and through each Party's counsel of record, and submit to the Court this Joint Stipulation and [Proposed] Order for purposes of the Parties stipulating and agreeing to the following: (1) continuation of the Settlement Conference currently set for June 21, 2022 at 10:00 a.m. for thirty days (30) or to the next convenient date that the court may have; (2) continuation of the Pre-Settlement Conference call set for June 15, 2022 at 4 p.m. to a date to coincide with the continued settlement conference date.

## **RECITALS**

**WHEREAS**, on March 15, 2022, counsel of record for the Parties participated in a Pre-Settlement Conference teleconference call with Magistrate Judge Sheila K. Oberto to discuss the March 22, 2022 Settlement Conference and matters associated with and at issue in this action, including, but not limited to, the status of discussions and/or negotiations by and between the Parties with respect to damages, settlement and resolution, and all other matters related to this action and claims at issue.

**WHEREAS**, the Parties have been engaged in good faith settlement negotiations over the past ninety (90) days, and have tentatively reached a settlement in principle with respect to the entirety of this action, including damages.

**WHEREAS,** in light of the Parties recently reaching a tentative settlement in principle with respect to the entirety of this action, including damages, the Parties necessitate a reasonable amount of time to negotiate and finalize necessary settlement and/or stipulated judgment related documents.

**WHEREAS**, the Parties request that the Settlement Conference be continued for thirty (30) days or to the next convenient date that the court may have, if the settlement cannot be finalized and for the Court to assist in settlement.

/ / /

/ / /

**WHEREAS**, the Parties agree that if the settlement is fully agreed, counsel for the parties will immediately inform the court so that the continued Settlement Conference Date can be vacated.

**WHEREAS**, once settlement is reached, the parties anticipate requesting a hearing from the Court for Court approval of the settlement and agreed to damages.

## STIPULATION

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the parties, by and through their respective counsel of record, as follows:

1. That the Parties stipulate to a continuation of the Settlement Conference currently set for June 21, 2022, at 10:00 a.m. for thirty (30) days or to the next convenient date that the court may have.

2. That the Parties stipulate to a continuation of the continuation of the Pre-Settlement Conference call set for June 15, 2022, at 4 p.m. to a date to coincide with the continued settlement conference date.

3. That Further Settlement Conference set by the Court be held via Zoom or other remote means acceptable to the Court.

4. In the event that the Parties are unable to obtain full and complete settlement, the Parties will request that the Court re-set this matter for trial including, but not limited to, scheduling all dates and deadlines associated therewith.

**[SIGNATURES ON FOLLOWING PAGE]**

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

Dated: June 15, 2022                    BELDEN BLAINE RAYTIS, LLP

                                        */s/ Daniel M. Root*

                                    By: _____
                                        T. SCOTT BELDEN
                                        DANIEL N. RAYTIS
                                        DANIEL M. ROOT
                                        Attorneys for Plaintiff GEO
                                        GUIDANCE DRILLING
                                        SERVICES, INC.


Dated: June 15, 2022                    WOOD SMITH HENNING

                                        BERMAN, LLP


                                        */s/ Peter J. Burfening*

                                    By: _____
                                        PETER J. BURFENING, JR.,
                                        Attorneys for Defendant
                                        RENAISSANCE RESOURCES,
                                        LLC

24809891.1:11721-0001
-4-
JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; ORDER

# ORDER

Having read and considered the above stipulation (Doc. 48), and for good cause shown, the Court hereby ORDERS as follows:

1. The Settlement Conference, currently set for June 21, 2022, at 10:00 a.m. is CONTINUED to September 8, 2022, at 10:00 a.m. before Magistrate Judge Sheila K. Oberto;

2. The Pre-Settlement Conference, currently set for June 15, 2022, is CONTINUED to September 1, 2022, at 4:00 p.m. before Magistrate Judge Sheila K. Oberto;

3. An amended order re settlement conference will follow; and

4. Should the parties reach a settlement prior to the Settlement Conference, the parties SHALL file a notice of settlement. *See* E.D. Cal. L.R. 160.

IT IS SO ORDERED.

Dated: **June 15, 2022**         */s/ Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE