1  T. Scott Belden, SBN 184387
   scott@bbr.law
2  Daniel N. Raytis, SBN 218374
   dan@bbr.law
3  Daniel M. Root, SBN 311840
   droot@bbr.law
4  BELDEN BLAINE RAYTIS, LLP
   5016 California Avenue, Suite 3
5  Bakersfield, California 93309
   Telephone: (661) 864-7827
6  Facsimile: (661) 878-9797

7  Attorneys for Plaintiff
   GEO GUIDANCE DRILLING SERVICES, INC.
8

9

10                    **UNITED STATES DISTRICT COURT**

11                    **EASTERN DISTRICT OF CALIFORNIA**

| GEO GUIDANCE DRILLING SERVICES, INC., a California corporation,<br><br>                  Plaintiff,<br><br>     v.<br><br>RENAISSANCE RESOURCES, LLC, a Wyoming limited liability company,<br><br>                  Defendant. | Case No. 1:20-CV-00465-AWI-JLT<br><br>**JOINT STIPULATION AND ORDER RE: REMOVAL OF SETTLEMENT CONFERENCE AND SCHEDULING ORDER**<br><br>**(Doc. 62)**<br><br>**SHEILA K. OBERTO**<br>**U.S. MAGISTRATE JUDGE**<br>**Fresno, California** |
|---|---|

**COMES NOW** Plaintiff GEO GUIDANCE DRILLING SERVICES, INC., a California corporation ("Plaintiff"), and Defendant RENAISSANCE RESOURCES, LLC, a Wyoming limited liability company ("Defendant"), by and through each Party's counsel of record, and submit to the Court this Joint Stipulation and [Proposed] Order for purposes of removing the Settlement Conference currently February 23, 2023 of the Court's calendar and implementing a proposed Scheduling Order to finalize settlement.

Accordingly, the Parties jointly stipulate as follows:

///

**RECITALS**

**WHEREAS**, on February 15, 2023, counsel of record for the Parties participated in a Pre-Settlement Conference call with Magistrate Judge Sheila K. Oberto to discuss the February 25, 2023 Settlement Conference and status with respect to settlement and related negotiations.

**WHEREAS**, during the February 15, 2023 Pre-Settlement Conference, Magistrate Judge Sheila K. Oberto advised that the Parties remove the February 25, 2023, and file a Joint Stipulation setting forth a mutually agreeable Scheduling Order to finalize settlement of this action.

**WHEREAS**, pending Court approval and issuance of its Order confirming the same, the Parties jointly stipulate to the following Scheduling Order:

**STIPULATION**

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, through their respective counsel of record, as follows:

1. That the Parties will engage in further good faith, meet and confer efforts, negotiations, and discussions to settle this action including, but not limited to, finalization of any mutually agreeable and acceptable Settlement Agreement, Stipulated Judgment, and/or other necessary agreements or matters by no later than twenty-one (21) days from the date of the entry of the Court's Order with respect to this Joint Stipulation.

2. That, in the event necessary, the Parties will undertake all actions necessary to seek Court approval of any Settlement Agreement and/or Stipulated Judgment including, but not limited to, completing and submitting any necessary motions, pleadings, notices, and/or filings with the Court by no later than sixty (60) days from the date of entry of the Court's Order with respect to this Joint Stipulation.

3. In the event mutual settlement cannot be reached within the deadlines of the Scheduling Order set forth above, the Parties shall retain any and all rights to reasonably amend or continue, without causing undue delay, the foregoing dates upon submission of a Joint Stipulation.

4. In the event mutual settlement cannot be reached and/or finalized, the Parties shall retain any and all rights to pursue all matters, rights, and remedies related to this action, including

1  litigation efforts and trial, if necessary, and shall request that the Court re-set all dates and
2  deadlines associated therewith, accordingly.

3
4  Dated: February 17, 2023                                BELDEN BLAINE RAYTIS, LLP

5
6
7                                                          */s/ Daniel M. Root*
                                            By: _____
8                                                T. SCOTT BELDEN
                                                 DANIEL N. RAYTIS
9                                                DANIEL M. ROOT
                                                 Attorneys for Plaintiff GEO
10                                               GUIDANCE DRILLING SERVICES,
                                                 INC.
11
12
13 Dated: February 17, 2023                                WOOD SMITH HENNING BERMAN,
14                                                         LLP
15
16                                                         */s/ Peter J. Burfening*
                                            By: _____
17                                               PETER J. BURFENING, JR.,
                                                 Attorneys for Defendant
18                                               RENAISSANCE RESOURCES, LLC
19
20
21
22
23
24
25
26
27
28

**ORDER**

Having reviewed and considered the foregoing Joint Stipulation (Doc. 62) entered into and submitted by the Parties, by and through their respective counsel of record, and good cause appearing, **THE COURT ORDERS AS FOLLOWS:**

1. The Parties shall engage in further good faith, meet and confer efforts, negotiations, and discussions to settle this action including, but not limited to, finalization of any mutually agreeable and acceptable Settlement Agreement, Stipulated Judgment, and/or other necessary agreements or matters by no later than twenty-one (21) days from the date of the entry of the Court's Order with respect to this Joint Stipulation.

2. In the event necessary, the Parties shall undertake all actions necessary to seek Court approval of any Settlement Agreement and/or Stipulated Judgment including, but not limited to, completing and submitting any necessary motions, pleadings, notices, and/or filings with the Court by no later than sixty (60) days from the date of entry of the Court's Order with respect to this Joint Stipulation.

3. In the event mutual settlement cannot be reached within the deadlines of the Scheduling Order set forth above, the Parties shall retain and have the right to reasonably amend or continue, without causing undue delay, the foregoing dates upon submission of a Joint Stipulation.

4. In the event mutual settlement cannot be reached and/or finalized, the Parties shall retain and have all rights to pursue all matters, rights, and remedies related to this action, including litigation efforts and trial, if necessary, and shall request that the Court re-set all dates and deadlines associated therewith, accordingly.

5. The settlement conference set on February 23, 2023, is hereby VACATED.

IT IS SO ORDERED.

Dated:  **February 17, 2023**          /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE