1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11 GEO GUIDANCE DRILLING SERVICES, INC., | Case No. 1:20-cv-00465-CDB |
| 12 Plaintiff, | ORDER REQUIRING PARTIES TO FILE MOTION FOR GOOD FAITH SETTLEMENT OR SUBMIT PRETRIAL STATEMENTS TO PROCEED INTO TRIAL |
| 13 v. 14 | |
| RENAISSANCE RESOURCES, LLC, 15 | **THIRTY AND FORTY-FIVE DAY DEADLINES** |
| Defendant. 16 | |

17       The parties and the Court in this matter have worked to finalize a settlement in this

18  action.  On April 18, 2023, the Court denied the parties' stipulation requesting, among other

19  things, a further extension of time to finalize a settlement agreement, and request to file

20  documents seeking approval of settlement-related matters.  (ECF No. 65.)  Instead, the Court

21  ordered the parties to appear on May 9, 2023 before Magistrate Judge Stanley A. Boone, for a

22  status conference, unless the parties alternatively submitted a fully executed stipulation of

23  dismissal before such date.  (Id.)

24       On May 9, 2023, the parties appeared before Magistrate Judge Stanley A. Boone for a

25  status conference regarding the settlement of this matter.  Daniel Root appeared via video on

26  behalf of Plaintiff, and Peter Burfening appeared via video on behalf of Defendant.  A discussion

27  was conducted off-the-record.  No party requested the matter be placed on the record.  In light of

28  the parties' statements submitted before the conference, as well as the matters discussed at the

1

1   conference, the Court shall order the parties to submit a motion for good faith settlement.  If the

2   parties do not file a good faith settlement motion within thirty (30) days, the parties shall

3   otherwise submit pretrial statements in accordance with Local Rule

4         Accordingly, IT IS HEREBY ORDERED that:

5      1.      Within thirty (30) days of entry of this order, the parties shall file a motion for

6              good faith settlement and set a hearing before Judge Christopher D. Baker

7              pursuant to local rule;

8      2.      If the parties do not file a motion for good faith settlement, within forty-five (45)

9              days of entry of this order, the parties shall submit a joint pretrial conference

10             statement in compliance with Local Rule 281;[1] and

11     3.      No further continuances will be granted.

12

13   IT IS SO ORDERED.

14   Dated:   **May 9, 2023**

UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25   ---

[1] No pretrial conference or trial date is set in this matter.  The initial scheduling order set a trial before District
26   Judge Anthony Ishii. (ECF No. 17.)  Therein, the District Judge ordered the parties to file a joint pretrial statement.
(Id. at 5.)  The parties consented and the pretrial conference and trial dates were reset before then Magistrate Judge
27   Jennifer Thurston. (ECF No. 21.)  On April 20, 2021, this action was stayed for purposes of settlement. (ECF No.
26.)  This action was reassigned to Magistrate Judge Baker on October 6, 2022. (ECF No. 55.)  Therefore, the
28   parties shall file a joint statement that complies with the requirements Local Rule 281, subject to any further order
clarifying or changing the requirements issued by Judge Baker subsequent to this order.