T. Scott Belden, SBN 184387
scott@bbr.law
Daniel N. Raytis, SBN 218374
dan@bbr.law
Daniel M. Root, SBN 311840
droot@bbr.law
BELDEN BLAINE RAYTIS, LLP
5016 California Avenue, Suite 3
Bakersfield, California 93309
Telephone: (661) 864-7827
Facsimile: (661) 878-9797

Attorneys for Plaintiff
GEO GUIDANCE DRILLING SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEO GUIDANCE DRILLING SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RENAISSANCE RESOURCES, LLC, a Wyoming limited liability company,<br><br>Defendant. | Case No. 1:20-CV-00465-CDB<br><br>**JUDGMENT** |

Plaintiff GEO GUIDANCE DRILLING SERVICES, INC. ("Plaintiff"), a California corporation, and Defendant RENAISSANCE RESOURCES, LLC ("Defendant"), a Wyoming limited liability company, by and through their respective counsel of record, having informed the Court that the Parties have entered into a mutual agreement for a Judgment to be entered, and the Court having heard, received, and reviewed the testimony and evidence with respect thereto, and good cause appearing:

**IT IS HEREBY DETERMINED, ORDERED, AND ADJUDGED,** that pursuant and subject to the terms, provisions, covenants, and conditions of the mutual settlement agreement reached in this action by and between Plaintiff and Defendant, as well as the voluntary consent to

judgment having been filed with the Court by or on behalf of Defendant, the Court now enters Judgment based upon Plaintiff's First Amended Complaint on file and operative to this litigation, in favor of Plaintiff in the amount of $698,956.92.

The Judgment does not preclude the Parties from pursuing any claim that he, she, or it may have against any third party and/or attorneys' fees and costs under applicable law, except as between Plaintiff and Defendant unless otherwise set forth under the mutual settlement agreement reached by and between the Parties. The Court shall retain jurisdiction over this Judgment and any subsequent enforcement action or actions taken with respect hereto pursuant to *California Code of Civil Procedure* § 664.6 and pursuant to all other applicable Federal, State, and/or Local statutes, laws, regulations, and/or codes to approve, interpret, and/or enforce the terms, provisions, and conditions of this Agreement in the event of a dispute <u>for a period of 18 months from the date of entry of this judgment</u>. The judgment shall accrue post-judgment interest at the legal rate pursuant to California law.

Date:   July 7, 2023

_____
UNITED STATES MAGISTRATE JUDGE